# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATHERINE GIZINSKI,** | : | **CIVIL ACTION NO. 1:16-CV-589** |
| Plaintiff | : | |
| | : | **(Chief Judge Conner)** |
| v. | : | |
| | : | |
| **MISSION MOBILITY, LLC,** | : | |
| Defendant | : | |

## ORDER OF RECUSAL

AND NOW, this 13th day of June, 2016, **IT IS HEREBY ORDERED THAT** the undersigned judge is recused from the captioned action.  The Clerk of Court shall reassign the case to another judge.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania