**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KATHERINE GIZINSKI,** : | |
|     Plaintiff : | |
| : | No. 1:16-cv-00589 |
| v. : | |
| : | (Judge Kane) |
| **MISSION MOBILITY, LLC,** : | |
|     Defendant : | |

## ORDER

**AND NOW**, this 15th day of March 2017, for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT** Defendant's Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3) or; Alternatively, for Transfer of Venue (Doc. No. 5), is **GRANTED IN PART and DENIED IN PART**. Specifically, Defendant's motion to dismiss is **DENIED**, but Defendant's motion to transfer venue is **GRANTED**. The Clerk of Court is directed to transfer this proceeding to the United States District Court for the Eastern District of Virginia.

                                                  s/ Yvette Kane
                                                  Yvette Kane, District Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania